## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| MARK T. BURNS and  MELISSA D. BURNS, | ) | |
| Debtors. | ) | Case No. 16-40692 |
| and | ) | |
| | ) | |
| NAVIENT SOLUTIONS, INC., | ) | |
| Creditor. | ) | |

### OBJECTION TO PROOF OF CLAIM #5

Now come the debtors, Mark T & Melissa D. Burns, by and through their attorney of the

Bankruptcy Clinic, PC, and for their objection to claim number 5 filed by Navient Solutions, Inc. state:

1.   Navient Solutions, Inc. filed Proof of Claim (No #5) asserting that Debtor 2 entered into a

student loan on or about October 2005 with a remaining balance due of $51,596.50.

2.   Navient Solutions, Inc. also filed Proof of Claim #9 that provides a master promissory note for

the same time period to the same school for Debtor 2; or inclusive to the (10) years prior where student

loans may be consolidated.

3.   Proof of Claim #5 filed by Navient Solutions, Inc. appears to be duplicated by Proof of Claim

#9 also filed by Navient Solutions, Inc.

4.   Proof of Claim #9 appears to reflect a Master Promissory Note that would include the debt from

Claim #5; therefore Proof of Claim #5 should be disallowed in its entirety.

WHEREFORE, the Debtors respectfully pray that the claim #5 of Navient Solutions, Inc. be

disallowed in its entirety.

Respectfully submitted,

/s/ Lyndon G. Willms
Lyndon G. Willms
Attorneys for Debtors
2006 Broadway
Mount Vernon, IL 62864
(618) 315-6600