**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| MARK T. BURNS and MELISSA D. BURNS, | ) | |
| Debtors. | ) | Case No. 16-40692 |
| and | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| Creditor. | ) | |

## OBJECTION TO PROOF OF CLAIM #11

Now come the debtors, Mark T & Melissa D. Burns, by and through their attorney of the Bankruptcy Clinic, PC, and for their objection to claim number 11 filed by U.S. Department of Education state:

1.  U.S. Department of Education filed Proof of Claim (No #11) asserting that Debtor 1 entered into a student loan with a remaining balance due of $12,104.925. This Proof of Claim provided no attachments to stipulate when the agreement was made.

2.  The Illinois Student Assistance Commission also filed Proof of Claim 4-2 that provides a master promissory note from July 2003 for Debtor 1.

3.  Proof of Claim #4-2 filed by Illinois Student Assistance Commission could be inclusive of several loans; as it is common practice for students to take out more loans for additional academic years and continue to borrow under the same promissory note.

4.  Proof of Claim #11 does not provide sufficient supporting evidence as to whether or not it should be a claim itself or if it could be inclusive and a duplicate to claim #4-2, therefore should be disallowed in its entirety.

WHEREFORE, the Debtors respectfully pray that the claim #11 of U.S. Department of Education be disallowed in its entirety.

Respectfully submitted,

/s/ Lyndon G. Willms
Lyndon G. Willms
Attorneys for Debtors
2006 Broadway
Mount Vernon, IL 62864
(618) 315-6600