# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 13 |
| Mark T Burns | |
| Melissa D Burns | |
| | BK 16–40692–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0336   xxx–xx–8514

## ORDER

    THIS MATTER is before the Court on debtors' Objection to Claim of U.S. Department of Education. A review of the notice accompanying the objection indicates that the objection was not served in compliance with Rule 2002(B) of the Local Rules of the United States Bankruptcy Court for the Southern District of Illinois. Rule 2002(B) states:

> Whenever [the local rules] and/or the Federal Rules of Bankruptcy Procedure require that notice be sent to the United States or its agencies, the notice shall be addressed in accordance with this Court's Electronic Filing Rules.

The Court's Electronic Filing Rules require that, in addition to providing notice directly to the federal agency involved, all notices must also be sent to the United States Attorney's Office, Financial Litigation Unit, 9 Executive Drive, Fairview Heights, Illinois 62208. While it appears that the movant(s) mailed a copy of the notice to U.S. Department of Education at the address indicated on the proof of claim, a copy of the objection and accompanying notice was not provided to the United States Attorney. Accordingly, IT IS ORDERED that the debtors' objection (document #39) is OVERRULED with leave to refile the objection with a notice that complies with Local Rule 2002(B).

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

| | |
|---|---|
| ENTERED: December 13, 2016 | /s/ Laura K. Grandy |
| | UNITED STATES BANKRUPTCY JUDGE |