## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| MARK T. BURNS and  MELISSA D. BURNS, | ) | |
| Debtors. | ) | Case No. 16-40692 |
| and | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| Creditor. | ) | |

### OBJECTION TO PROOF OF CLAIM #11

Now come the debtors, Mark T & Melissa D. Burns, by and through their attorney of the Bankruptcy Clinic, PC, and for their objection to claim number 11 filed by U.S. Department of Education state:

1. U.S. Department of Education filed Proof of Claim (No #11) asserting that Debtor 1 entered into a student loan with a remaining balance due of $12,104.925. This Proof of Claim provided no attachments to stipulate when the agreement was made.

2. The Illinois Student Assistance Commission also filed Proof of Claim 4-2 that provides a master promissory note from July 2003 for Debtor 1.

3. Proof of Claim #4-2 filed by Illinois Student Assistance Commission could be inclusive of several loans; as it is common practice for students to take out more loans for additional academic years and continue to borrow under the same promissory note.

4. Proof of Claim #11 does not provide sufficient supporting evidence as to whether or not it should be a claim itself or if it could be inclusive and a duplicate to claim #4-2, therefore should be disallowed in its entirety.

WHEREFORE, the Debtors respectfully pray that the claim #11 of U.S. Department of Education be disallowed in its entirety.

        Respectfully submitted,

        <u>/s/ Lyndon G. Willms</u>
        Lyndon G. Willms
        Attorneys for Debtors
        2006 Broadway
        Mount Vernon, IL 62864
        (618) 315-6600