**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| Mark & Melissa Burns, | ) | |
| | ) | |
| Debtors. | ) | Case No. 16-40692 |

## **ORDER**

This matter comes before the Court on the Debtor's Objection to Claim #6 filed by Navient Solutions, Inc.  No response having been filed, IT IS ORDERED that the Objection is SUSTAINED.  Claim #6 is disallowed.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: January 12, 2017

　　　　　　　　　　　　　　　　　　　　　/s/ Laura K. Grandy
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE