# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–4 | User: admin | Date Created: 12/16/2019 |
| Case: 16–40692–lkg | Form ID: 318 | Total: 67 |

**Recipients of Notice of Electronic Filing:**
```
ust     United States Trustee       USTPRegion10.es.ecf@usdoj.gov
tr      Dana S Frazier              frazierlaw@frontier.com
aty     Jay B Howd                  marion@bankruptcy-clinic.com
aty     Lyndon Guy Willms           lyndon.willms.bc@gmail.com
```
                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Mark T Burns         506 S. Main St        Wayne City, IL 62895
jtdb        Melissa D Burns      506 S. Main St        Wayne City, IL 62895
tr          Russell C Simon      Chapter 13 Trustee     24 Bronze Pointe      Swansea, IL 62226
cr          Illinois Title Loans, Inc.   c/o Bankruptcy/Legal Department     8601 Dunwoody Place Suite 406     Atlanta, GA 30350
4066477     Account Resolution Corp     PO Box 3860      Chesterfield MO 63006
4066479     Aegis Sciences Corporation      POBox 1280       Oaks PA 19456
3736207     Aes/Suntrust Bank       PO Box 61047      Harrisburg, PA 17106
3736206     Aes/acapita Ed Fin Cor      2500 Broadway       Helena, MT 59620
4066480     Asbery & Associates     8 Cusumano Professional Plaza Dr       Mount Vernon IL 62864
3736208     Cash Store      3300 Broadway St Ste E       Mount Vernon, IL 62864
4066481     Cash-Pro, Inc.      PO Box 5469      Evansville IN 47716-5469
4066483     Clinical Psychologist       4230 Lincolnshire Dr, Ste E       Mount Vernon, IL 62864
4066482     Credit Collection Bureau     PO Box 9966      Fargo ND 58106
4066484     Credit Control LLC      5757 Phantom Drive, Suite 330       Hazelwood MO 63042
3736209     Credit One Bank Na      Po Box 98873      Las Vegas, NV 89193
4066496     Crossroads Community Hospital       #8 Doctors Park Rd       Mount Vernon, IL 62864
4066485     Crossroads Community Hospital       PO Box 60548      Saint Louis, MO 63160
4066486     Crossroads Physician Corp       PO Box 8784      Belfast ME 04915-8784
3736210     Dept Of Ed/Navient      Attn: Claims Dept       Po Box 9400      Wilkes Barr, PA 18773
4066502     Dermatopathology Lab of       Central States      7835 Paragon Rd.      Dayton, OH 45459
3736211     Edfinancial services        Po Box 36008      Knoxville, TN 37930
4066487     Express Care of Mt. Vernon      1104 S 42nd Street       Mount Vernon IL 62864
4066504     Fairfield Memorial Hospital      303 NW Eleventh Street       Fairfield, IL 62837
3736212     Fedloan Servicing/US Dept of Educ       P.O. Box 69184      Harrisburg, PA 17106
4066488     Fenton's Repair     PO Box 364      Wayne City IL 62895
3736217     First K&L Enterprises Inc       DBA Keith's Automotive Center       601 Walnut Street       Highland, IL 62249
3736213     First Premier Bank      601 S Minneapolis Ave       Sioux Falls, SD 57104
3736214     Harris N.a.     Bmo Harris Bank       Bankruptcy Dept.-Brk-1       770 N Water Street       Milwaukee, WI 53202
3784473     Illinois Department of Revenue      Bankruptcy Unit       P.O. Box 19035      Springfield, IL 62794-9035
3736215     Illinois Dept. of Revenue       Bankruptcy Unit, Level 7-425       100 Randolph Street       Chicago, IL 60601
3746201     Illinois Student Assistance Commission      1755 Lake Cook Rd       Deerfield, IL 60015
3736216     Illinois Title Loans, Inc.      3113 E. Broadway St       Mount Vernon, IL 62864
3776474     Illinois Title Loans, Inc.      C/O    Legal Department      8601 Dunwoody Place Suite 406       Atlanta, GA 30350
4066489     Integritas Emergency Physician      2250 North IL Ave.       Carbondale IL 62901
3774967     LVNV Funding, LLC its successors and assigns as       assignee of FNBM, LLC       Resurgent Capital Services      PO Box 10587      Greenville, SC 29603-0587
4066490     Lindsey Adams MSW, LCSW     PO Box 966      Cedar Rapids IA 52406
3764558     MIDLAND FUNDING LLC      PO Box 2011      Warren, MI 48090
4066491     Merchants Credit LLC        POBox 1848       Marion IL 62959
4066478     Midwest Radiology Associates PC     PO Box 38900      Saint Louis, MO 63138-8900
3736218     National Education Ser      200 W Monroe St Ste 700      Chicago, IL 60606
3736219     Navient     Attn: Claims Dept       Po Box 9500      Wilkes-Barr, PA 18773
3754257     Navient Solutions, Inc.     P.O. Box 9640       Wilkes-Barre, PA 18773-9640
3764190     Navient Solutions, Inc. on behalf of      Department of Education Loan Services      P.O. Box 9635      Wilkes-Barre, PA 18773-9635
4066494     Orthopaedic Center of Southern IL       4121 Veterans Memorial Drive      Mount Vernon, IL 62864
4066493     Orthopaedic Center of Southern IL       c/o Sharon Costa       2001 Broadway       Mount Vernon IL 62864
4066495     PASI        POBox 188       Brentwood TN 37024
3774497     Premier Bankcard, LLC       c/ o Jefferson Capital Systems LLC      PO Box 7999      St. Cloud, MN 56302-9617
4066497     Premier Credit of North America LLC     PO Box 1280       Oaks PA 19456
3739228     Recovery Management Systems Corporation       25 S.E. 2nd Avenue, Suite 1120      Miami, FL 33131-1605
```

| | | | | |
|---|---|---|---|---|
| 4066499 | SSM Health | 211 S. Lincoln Blvd | Centralia IL 62801 | |
| 4066500 | SSM Health Medical Group | PO Box 956749 | Saint Louis, MO 63195 | |
| 4066498 | Scott Murray, LCSW | PO Box 966 | Cedar Rapids IA 52406 | |
| 4066492 | Southern Illinois Dermatology | 220 North Park Avenue, Ste 2 | Herrin, IL 62948 | |
| 3736220 | St. Joseph S Hosp. Highland | One Advantage | 7650 Magna Dr | Belleville, IL 62223 |
| 3739506 | Synchrony Bank | Ramesh Singh | c/o Recovery Management Systems Corporat | 25 SE 2nd Avenue, Suite 1120    Miami, FL 33131–1605 |
| 3736221 | Synchrony Bank/Walmart | Po Box 965064 | Orlando, FL 32896 | |
| 3736222 | Terminix | PO Box 742592 | Cincinnati, OH 45274 | |
| 3736223 | Thomas Animal Hospital | 2714 Broadway | Mount Vernon, IL 62864 | |
| 3744448 | Tower Loan of Mt. Vernon | P.O. Box 712 | Mt. Vernon, IL. 62864 | |
| 3736224 | Tower Loans of Mount Vernon | PO Box 712 | Mount Vernon, IL 62864 | |
| 4066501 | Transworld Systems, Inc. | 500 Virginia Dr., Ste. 514 | Fort Washington PA 19034 | |
| 3770306 | U.S. Department of Education | C/O FedLoan Servicing | P.O. Box 69184 | Harrisburg, PA 17106–9184 |
| 4066503 | Wakefield & Associates | PO Box 50250 | Knoxville TN 37950 | |

TOTAL: 63